Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CIV-F-03-6527 REC LJO |
| Plaintiff, | Hon. Robert E. Coyle |
| vs. | **ORDER DISMISSING DEFENDANT LEONEL ALCANTAR** |
| JIM TINAJERO, et al., | |
| Defendants. | |

Having read the Notice of Voluntary Dismissal of Defendant LEONEL ALCANTAR filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant LEONEL ALCANTAR only;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date;

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1    3.    Defendant LEONEL ALCANTAR is the last remaining Defendant in this action.
2  This entire action as to all remaining claims is hereby terminated in full.

DATED: July 11, 2005

     /s/ ROBERT E. COYLE
Honorable Robert E. Coyle
United States District Court
Eastern District of California

BNFY 606325v1    -2-    (CIV-F-03-6527 REC LJO)

**[PROPOSED] ORDER DISMISSING DEFENDANT LEONEL ALCANTAR**

PDF created with pdfFactory trial version www.pdffactory.com