Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-F-03-06527 REC LJO |
| Plaintiff, | Hon. Judge Robert E. Coyle |
| vs. | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JIM TINAJERO** |
| JIM TINAJERO, | |
| Defendant. | |

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant JIM TINAJERO, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant JIM TINAJERO is hereby dismissed from this action with prejudice; and

(2) Each of said parties to bear its/his own costs and attorney's fees.

Dated: August 3, 2005

_/s/ ROBERT E. COYLE
Honorable Senior Judge Robert E. Coyle
Judge of the United States District Court
Eastern District of California

BNFY 625001v1                                  -1-                            (CIV-F-03-06527 REC LJO)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JIM TINAJERO; [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com